[No. 19081-8-II.    Division Two.    November 8, 1996.]

VINCENT DOMBROSKY, ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-07898-5, Waldo F. Stone, J., entered December 23, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 84 Wn. App. 245.

[No. 19168-7-II.    Division Two.    November 8, 1996.]

ALETHEA SPEARMAN, ET AL., *Appellants*, v. EIGHTY-FIVE ASSOCIATES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-09155-4, Karen L. Strombom, J., entered February 10, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 19266-7-II.    Division Two.    November 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JON OLIVER JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 235 98 2060, Bruce Cohoe, J., entered February 27, 1995. *Reversed with instructions* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner, J.

[No. 19909-2-II.    Division Two.    November 8, 1996.]

HARINDER S. WALIA, ET AL., *Appellants*, v. KRISTIE BOWEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-11048-4, Arthur W. Verharen, J., entered August 25, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.